# In the United States Court of Federal Claims

Jacob Wayne Leming )
_____ )
**Plaintiff(s),** )
)
v. )
)
THE UNITED STATES, )
)
**Defendant.** )
Forrest County Jail )

Case No. 20-594 C _____

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

In November, of 2017 officer Christopher Fairley sexually assaulted me. I reported the incident to the sergant. They took me to the emergency room. They booked officer Fairly in jail for sexual battery. I was released from the jail. It was on camera. The news stated Forrest county inmate sexually assaulted by guard on camera.

**2. PARTIES**

Plaintiff, _Jacob Leming_ , resides at _1107 main St._
<span style="float:right">(Street Address)</span>

_Collins ms. 39428_ , _601-765-6001_

(City, State, ZIP Code)          (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.**  Is this case directly related to any pending or previously filed cases in the
United States Court of Federal Claims?        ◯ Yes  Ⓥ No

If yes, please list the case(s) below, including case number(s):

_____

**3. STATEMENT OF THE CLAIM**. State as briefly as possible the facts of your case. Describe
how the United States is involved. You must state exactly what the United States did, or failed
to do, that has caused you to initiate this legal action. Be as specific as possible and use
additional paper as necessary.

        I was Sexually assaulted in
a place to where I should have
been protected by the staff, instead
of them causing mental problems in
my life. Im physically and emotionaly
unstable now.

_____

_____

_____

_____

_____

_____

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

_I want the court to help me recieve justice._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __27__ day of __April__, __2020__.
         (day)             (month)       (year)

_____
Signature of Plaintiff(s)

A-7